# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TELEPUTERS, LLC,<br><br>Plaintiff<br><br>v.<br><br>ORACLE CORPORATION AND SUN MICROSYSTEMS, INC.,<br><br>Defendants | Case No. 6:20-cv-00600<br><br>**JURY TRIAL DEMANDED** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Teleputers, LLC ("Plaintiff" or "Teleputers") hereby files this Original Complaint for Patent Infringement against Defendant Oracle Corporation and Sun Microsystems, Inc. (collectively "Defendants" or "Defendant" or collectively as "Oracle"), and alleges, on information and belief, as follows:

## THE PARTIES

1. Teleputers, LLC is a limited liability company organized and existing under the laws of the State of New Jersey with its principal place of business in Princeton, New Jersey.

2. On information and belief, Defendant Oracle Corporation is a California corporation with its principal place of business at 500 Oracle Parkway, Redwood Shores, California 94065. Oracle Corporation may be served through its registered agent, Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

3.     On information and belief, Defendant Sun Microsystems, Inc. was a California corporation and was acquired by Oracle Corporation in January 2010 for $7.4 Billon. Sun Microsystems, Inc. may be served through its current parent/owner, Oracle Corporation.

## JURISDICTION AND VENUE

4.     This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.     Defendants have committed acts of infringement in this judicial district.

6.     On information and belief, Defendants maintain regular and systematic business interests in this district and throughout the State of Texas including through their representatives, employees and physical facilities.

7.     On information and belief, the Court has personal jurisdiction over Defendants because Defendants have committed, and continue to commit, acts of infringement in the State of Texas, have conducted business in the State of Texas, and/or have engaged in continuous and systematic activities in the State of Texas. On information and belief, Defendants' accused instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Western District of Texas.

8.     On information and belief, Defendants voluntarily conduct business and solicit customers in the State of Texas and within this District, including, but not limited to, its offices located at 2300 Cloud Way, Austin, Texas 78741.

| Austin | Austin | Frisco | Houston |
|---|---|---|---|
| 2300 Oracle Way | 5300 Riata Park | 7460 Warren | Two Allen Center |
| Austin, TX 78741 Phone: | Court Building B | Parkway Suite 300 | 1200 Smith St. Suite 1500 |

| | | | |
|---|---|---|---|
| +1.737.867.1000 | Austin, TX 78727 Phone: +1.512.401.1000 Fax: +1.512.401.1001 | Frisco, TX 75034 Phone: +1.972.963.2300 Fax: +1.972.963.2301 | Houston, TX 77002 Phone: +1.713.654.0919 Fax: +1.713.654.8743 |

Source: Oracle website https://www.oracle.com/corporate/contact/field-offices.html, as visited on June 23, 2020.

9. Defendants also have engineers and actively recruit for employees to work in Austin, Texas.

> Oracle today announced the opening of the Oracle Startup Cloud Accelerator in Austin, Texas, the global program's first U.S. location and part of the Oracle Global Startup Ecosystem. The new accelerator provides statewide startups with access to a network of more than 430,000 Oracle customers, technical and business mentors, state-of-the art technology, co-working space at Capital Factory, introductions to partners, talent, and investors, and free Oracle Cloud credits. In addition to local expertise, the program offers an ever-expanding global community of startup peers and program alumni.

Source: Oracle website https://www.oracle.com/corporate/pressrelease/expanded-oracle-accelerator-gives-texas-startups-a-boost-062218.html, as visited on June 22, 2020.

10. On information and belief, Defendants generate substantial revenue within this District and from the acts of infringement as carried out in this District. As such, the exercise of jurisdiction over Defendants would not offend the traditional notions of fair play and substantial justice.

11. Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1400(b).

## NOTICE OF TELEPUTERS' PATENTS

12. Teleputers is owner by assignment of U.S. Patent No. 6,922,472 ("the '472 Patent") entitled "Method and system for performing permutations using permutation instructions based on butterfly networks." A copy may be obtained at:

https://patents.google.com/patent/US6922472B2/en.

13. Teleputers is owner by assignment of U.S. Patent No. 6,952,478B2 ("the '478 Patent") entitled "Method and system for performing permutations using permutation instructions based on modified omega and flip stages." A copy may be obtained at:

https://patents.google.com/patent/US6952478B2/en.

14. Teleputers is owner by assignment of U.S. Patent No. 7,092,526B2 ("the '526 Patent") entitled "Method and system for performing subword permutation instructions for use in two-dimensional multimedia processing." A copy may be obtained at:

https://patents.google.com/patent/US7092526B2/en.

15. Teleputers is owner by assignment of U.S. Patent No. 7,174,014B2 ("the '014 Patent" and "the Patents-in-Suit") entitled "Method and system for performing permutations with bit permutation instructions." A copy may be obtained at:

https://patents.google.com/patent/US7174014B2/en.

16. Teleputers is owner by assignment of U.S. Patent No. 7,519,795B2 ("the '795 Patent") entitled "Method and system for performing permutations with bit permutation instructions." A copy may be obtained at:

https://patents.google.com/patent/US7519795B2/en.

17. The foregoing Patents, namely the '014 Patent, the '526 Patent, the '478 Patent, the '472 Patent, and the '795 Patent are collectively referred to as "the Teleputers Patents."

18. The Teleputers Patents are valid, enforceable, and were duly issued in full compliance with Title 35 of the United States Code.

19. Defendants, at least by the date of this Original Complaint, are on notice of the Teleputers Patents.

## ACCUSED INSTRUMENTALITIES

20. On information and belief, Defendants make, use, import, sell, and/or offer for sale a multitude of products and services as systems on chips ("SoC") that employ technology supporting the infringing instructions including, but not limited to: the Oracle Solaris 11 Operating System (including Oracle SPARC and Oracle x86 Servers shipped with Oracle Solaris 11) (individually and collectively, the "Accused Instrumentalities"). On information and belief, the Accused Instrumentalities are made, used, sold, offered for sale, and/or imported in the United States by Defendants.

## COUNT I
### (Infringement of U.S. Patent No. 7,174,014B2)

21. Teleputers incorporates the above paragraphs by reference.

22. Defendants have been on notice of the '014 Patent at least as early as the date it received service of this Original Complaint.

23. On information and belief, Defendants have directly infringed and continue to infringe the '014 Patent by making, using, importing, selling, and/or, offering for sale the Accused Instrumentalities in the United States.

24. On information and belief, Defendants, with knowledge of the '014 Patent, indirectly infringe the '014 Patent by inducing others to infringe the '014 Patent. In particular, Defendants

intend to induce customers to infringe the '014 Patent by encouraging customers to use the Accused Instrumentalities in a manner that results in infringement.

25. On information and belief, Defendants also induce others, including its customers, to infringe the '014 Patent by providing technical support for the use of the Accused Instrumentalities.

26. On information and belief, at all times Defendants own and control the operation of the Accused Instrumentalities in accordance with an end user license agreement.

27. On information and belief, the Accused Instrumentalities necessarily infringe one or more claims of the '014 Patent when used as intended.

28. On information and belief, the Accused Instrumentalities infringe at least Claim 33 of the '014 Patent by providing a computer implemented method for performing an arbitrary permutation of a sequence of bits. Defendants provide an operating system Solaris (including but not limited to Solaris 11.2, Solaris 11.3 and Solaris 11.4) which supports permutation instructions to permute an input sequence of data. Oracle Solaris is an enterprise operating system for Oracle Database, Oracle Cloud Infrastructure, Oracle IT Infrastructure (enterprise servers and storage solutions) and Java applications.

29. Defendants' Solaris 11.2 (used herein as an exemplary product) supports permutation instructions to permute an input sequence of data. Defendants have taken reference from Intel's 64 and IA-32 architecture instruction set for the permutation instructions in Solaris.

30. Further, Defendants directly infringe the claim at least when it tests its operating system Solaris 11. During such tests, Defendants perform permutation on the input data using permutation instructions.





Source: https://www.oracle.com/solaris/solaris11/, as visited on June 23, 2020.

| vinsertf128 | VINSERTF128 VINSERTF32x4 VINSERTF64x4 | Insert Packed Floating-Point Values | page 5-305 (319433-016/Oct. 2013) |
|---|---|---|---|
| vmaskmov(pd\|ps) | VMASKMOV | Conditional SIMD Packed Loads and Stores | page 4-506 (253667-048US/ Sep.2013) |
| vperm2f128 | VPERM2F128 | Permute Floating-Point Values | page 4-527 (253667-048US/ Sep.2013) |
| vpermilpd | VPERMILPD | Permute Double-Precision Floating-Point Values | page 5-445 (319433-016/Oct. 2013) |
| vpermilps | VPERMILPS | Permute Single-Precision Floating-Point Values | page 5-450 (319433-016/Oct. 2013) |

Source: https://docs.oracle.com/cd/E36784_01/pdf/E36859.pdf , page 73, as visited on June 23, 2020.



Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf (front page), as visited on June 23, 2020.

**VPERMILPD—Permute Double-Precision Floating-Point Values**

| Opcode/Instruction | Op/En | 64/32 bit Mode Support | CPUID Feature Flag | Description |
|---|---|---|---|---|
| VEX.NDS.128.66.0F38.W0 0D /r<br>VPERMILPD xmm1, xmm2, xmm3/m128 | RVM | V/V | AVX | Permute double-precision floating-point values in xmm2 using controls from xmm3/m128 and store result in xmm1. |
| VEX.NDS.256.66.0F38.W0 0D /r<br>VPERMILPD ymm1, ymm2, ymm3/m256 | RVM | V/V | AVX | Permute double-precision floating-point values in ymm2 using controls from ymm3/m256 and store result in ymm1. |
| EVEX.NDS.512.66.0F38.W1 0D /r<br>VPERMILPD zmm1 {k1}{z}, zmm2, zmm3/m512/m64bcst | FV-RVM | V/V | AVX512F | Permute double-precision floating-point values in zmm2 using control from zmm3/m512/m64bcst and store the result in zmm1 using writemask k1. |
| VEX.128.66.0F3A.W0 05 /r ib<br>VPERMILPD xmm1, xmm2/m128, imm8 | RM | V/V | AVX | Permute double-precision floating-point values in xmm2/m128 using controls from imm8. |
| VEX.256.66.0F3A.W0 05 /r ib<br>VPERMILPD ymm1, ymm2/m256, imm8 | RM | V/V | AVX | Permute double-precision floating-point values in ymm2/m256 using controls from imm8. |
| EVEX.512.66.0F3A.W1 05 /r ib<br>VPERMILPD zmm1 {k1}{z}, zmm2/m512/m64bcst, imm8 | FV-RM | V/V | AVX512F | Permute double-precision floating-point values in zmm2/m512/m64bcst using controls from imm8 and store the result in zmm1 using writemask k1. |

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-445, as visited on June 23, 2020.

31. Further, Defendants perform and induce others to perform the step of inputting a source sequence of bits into a source register. For example, the Solaris 11.2 uses a permutation instruction (such as VPERMILPD instruction) to obtain data bits from a first source operand ("source register") and permute the data bits.

### VPERMILPD—Permute Double-Precision Floating-Point Values

| Opcode/Instruction | Op/En | 64/32 bit Mode Support | CPUID Feature Flag | Description |
|---|---|---|---|---|
| VEX.NDS.128.66.0F38.W0 0D /r<br>VPERMILPD xmm1, xmm2, xmm3/m128 | RVM | V/V | AVX | Permute double-precision floating-point values in xmm2 using controls from xmm3/m128 and store result in xmm1. |
| VEX.NDS.256.66.0F38.W0 0D /r<br>VPERMILPD ymm1, ymm2, ymm3/m256 | RVM | V/V | AVX | Permute double-precision floating-point values in ymm2 using controls from ymm3/m256 and store result in ymm1. |
| EVEX.NDS.512.66.0F38.W1 0D /r<br>VPERMILPD zmm1 {k1}{z}, zmm2, zmm3/m512/m64bcst | FV-RVM | V/V | AVX512F | Permute double-precision floating-point values in zmm2 using control from zmm3/m512/m64bcst and store the result in zmm1 using writemask k1. |
| VEX.128.66.0F3A.W0 05 /r ib<br>VPERMILPD xmm1, xmm2/m128, imm8 | RM | V/V | AVX | Permute double-precision floating-point values in xmm2/m128 using controls from imm8. |
| VEX.256.66.0F3A.W0 05 /r ib<br>VPERMILPD ymm1, ymm2/m256, imm8 | RM | V/V | AVX | Permute double-precision floating-point values in ymm2/m256 using controls from imm8. |
| EVEX.512.66.0F3A.W1 05 /r ib<br>VPERMILPD zmm1 {k1}{z}, zmm2/m512/m64bcst, imm8 | FV-RM | V/V | AVX512F | Permute double-precision floating-point values in zmm2/m512/m64bcst using controls from imm8 and store the result in zmm1 using writemask k1. |

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-445, as visited on June 23, 2020.

32.     Further, Defendants perform and induce others to perform the step of defining bit positions in said source sequence of bits to be permuted in said source register for a group of bits in a destination register.

33.     For example, the Solaris 11.2 implements a permutation instruction (such as a VPERMILPD instruction) to permute the data bits. The data bits in the first source operand ("source register") are permuted based on the data bits in the second source operand. Therefore, second source operand defines the data bits in the first source operand that will be permuted and moved to the destination operand ("destination register"). If the 0th bit in second source operand (imm8) is 0, then [63-0] bits of first source operand (SRC1) will be moved to [63-0] bit positions in the destination operand (DEST). If the 0th bit in second source operand (imm8) is 1, then [127-64] bits of the first source operand (SRC1) will be moved to [63-0] bit positions in the

destination operand (DEST). Therefore, bits in the second source operand (imm8) define the bit positions for the bits in the first source operand (SRC1) to be permuted.

> **Description**
>
> (variable control version)
>
> Permute double-precision floating-point values in the first source operand (second operand) using 8-bit control fields in the low bytes of the second source operand (third operand) and store results in the destination operand (first operand). The destination and the first source operand are vector register.
>
> There is one control byte per destination double-precision element. Each control byte is aligned with the low 8 bits of the corresponding double-precision destination element. Each control byte contains a 1-bit select field (see Figure 5-30) that determines which of the source elements are selected. Source elements are restricted to lie in the same source 128-bit region as the destination.
>
> EVEX.512 version: The second source operand (third operand) is a ZMM register, a 512-bit memory location or a 512-bit vector broadcasted from a 64-bit memory location. Permuted results are written to the destination under the writemask.

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-445, as visited on June 23, 2020.



Figure 5-29. VPERMILPD Operation

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-446, as visited on June 23, 2020.

```
VPERMILPD (256-bit immediate version)
IF (imm8[0] = 0) THEN DEST[63:0]←SRC1[63:0]
IF (imm8[0] = 1) THEN DEST[63:0]←SRC1[127:64]
IF (imm8[1] = 0) THEN DEST[127:64]←SRC1[63:0]
IF (imm8[1] = 1) THEN DEST[127:64]←SRC1[127:64]
IF (imm8[2] = 0) THEN DEST[191:128]←SRC1[191:128]
IF (imm8[2] = 1) THEN DEST[191:128]←SRC1[255:192]
IF (imm8[3] = 0) THEN DEST[255:192]←SRC1[191:128]
IF (imm8[3] = 1) THEN DEST[255:192]←SRC1[255:192]
```

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-447, as visited on June 23, 2020.

34.     Further, Defendants perform and induce others to perform the step of in response to a PPERM instruction inserting bits from said source sequence into said destination register as determined by said bit positions.

35.     For example, the Solaris 11.2 performs the VPERMILPD permutation instruction (equivalent to the PPERM instruction) and in response to the VPERMILPD permutation instruction, the data bits in first source operand ("source sequence") are moved to the destination operand ("destination register") according to the bit positions defined by second source operand.

**Description**
(variable control version)
Permute double-precision floating-point values in the first source operand (second operand) using 8-bit control fields in the low bytes of the second source operand (third operand) and store results in the destination operand (first operand). The destination and the first source operand are vector register.
There is one control byte per destination double-precision element. Each control byte is aligned with the low 8 bits of the corresponding double-precision destination element. Each control byte contains a 1-bit select field (see Figure 5-30) that determines which of the source elements are selected. Source elements are restricted to lie in the same source 128-bit region as the destination.
EVEX.512 version: The second source operand (third operand) is a ZMM register, a 512-bit memory location or a 512-bit vector broadcasted from a 64-bit memory location. Permuted results are written to the destination under the writemask.

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-445, as visited on June 23, 2020.

```
VPERMILPD (256-bit immediate version)
IF (imm8[0] = 0) THEN DEST[63:0]←SRC1[63:0]
IF (imm8[0] = 1) THEN DEST[63:0]←SRC1[127:64]
IF (imm8[1] = 0) THEN DEST[127:64]←SRC1[63:0]
IF (imm8[1] = 1) THEN DEST[127:64]←SRC1[127:64]
IF (imm8[2] = 0) THEN DEST[191:128]←SRC1[191:128]
IF (imm8[2] = 1) THEN DEST[191:128]←SRC1[255:192]
IF (imm8[3] = 0) THEN DEST[255:192]←SRC1[191:128]
IF (imm8[3] = 1) THEN DEST[255:192]←SRC1[255:192]
```

Source: http://kib.kiev.ua/x86docs/Intel/ISAFuture/319433-016.pdf, page 5-447, as visited on June 23, 2020.

## PRAYER FOR RELIEF

WHEREFORE, Teleputers respectfully requests the Court enter judgment against Defendants:

1. declaring that the Defendants have infringed each of the Patents-in-Suit;

2. awarding Teleputers its damages suffered as a result of Defendants' infringement of the Patents-in-Suit;

3. awarding Teleputers its costs, attorneys' fees, expenses, and interest;

4. awarding Teleputers ongoing post-trial royalties; and

5. granting Teleputers such further relief as the Court finds appropriate.

## JURY DEMAND

Teleputers demands trial by jury, under Fed. R. Civ. P. 38.

Dated:  June 29, 2020                                  Respectfully Submitted

                                                               */s/ M. Scott Fuller*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400


Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF
TELEPUTERS LLC**