IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TELEPUTERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-00600 |
| ORACLE CORPORATION AND SUN MICROSYSTEMS, INC., | § § § | |
| Defendants. | § § | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED PROTECTIVE ORDER**

Plaintiff Teleputers, LLC and Defendants Oracle Corporation and Sun Microsystems, Inc. (collectively, "Parties") bring this joint motion to extend the deadline to file a proposed Protective Order. The parties are actively negotiating the Proposed Protective Order and respectfully request an additional two weeks, up to and including November 11, 2020, to submit the Order, in an effort to greatly narrow or eliminate disputes.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the deadline to file a Joint Proposed Protective Order from October 28, 2020 to November 11, 2020.

Dated: October 27, 2020

Respectfully submitted,

/s/ *Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Jared Bobrow
CA Bar No. 133712
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7405
Facsimile: (650) 614-7401
Email: jbobrow@orrick.com

*Counsel for Defendants*

/s/ *M. Scott Fuller*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2020, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules. Any other counsel of record will be served via facsimile and certified mail, return receipt requested.

By: /s/ *Melissa R. Smith*
Melissa R. Smith