IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TELEPUTERS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION AND SUN MICROSYSTEMS, INC.,<br><br>   Defendants. | CASE NO. 6:20-cv-00600 (ADA) |

**JOINT MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

 Pursuant to The Court's Order of February 8, 2021 in this action, Plaintiff Teleputers, LLC ("Teleputers") and Defendants Oracle Corporation and Sun Microsystems, Inc. (collectively, "Oracle") provide this joint proposed protective order, attached as Ex. A.

Dated: March 1, 2021                                Respectfully submitted,

/s/ Melissa R. Smith
Jared Bobrow
CA Bar No. 133712
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7405
Facsimile: (650) 614-7401
Email: jbobrow@orrick.com

Don Daybell
CA Bar No. 210961
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, California  92614
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710
Email:  ddaybell@orrick.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*

Dated: March 1, 2021  Respectfully submitted,

/s/ Randall Garteiser
------
**Randall T. Garteiser**
  Texas Bar No. 24038912
  RGARTEISER@GHIPLAW.COM
**Christopher A. Honea**
  Texas Bar No. 24059967
  CHONEA@GHIPLAW.COM
**M. Scott Fuller**
  Texas Bar No. 24036607
  SFULLER@GHIPLAW.COM
**Thomas G. Fasone III**
  Texas Bar No. 00785382
  TFASONE@GHIPLAW.COM
**GARTEISER HONEA PLLC**
119 W. FERGUSON STREET
TYLER, TEXAS 75702
TELEPHONE: (888) 908-4400

**Raymond W. Mort, III**
  Texas Bar No. 00791308
  RAYMORT@AUSTINLAW.COM
**THE MORT LAW FIRM, PLLC**
100 CONGRESS AVE, SUITE 2000
AUSTIN, TEXAS 78701
TEL/FAX: (512) 865-7950

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 1, 2021, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules. Any other counsel of record will be served via facsimile and certified mail, return receipt requested.

By: */s/ Melissa R. Smith*